```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X      20 MDL NO. 2946
                                        :           (DLC)
IN RE: INCLUSIVE ACCESS COURSE          :
MATERIALS ANTITRUST LITIGATION          :      Related to
                                        :        20cv6314
----------------------------------------X
                                                   ORDER
```

DENISE COTE, District Judge:

On December 2, 2020, the defendants moved pursuant to Fed. R. Civ. P. Rule 12(e) to compel the Student Purchaser Plaintiffs to provide a more definite statement.  The Student Purchaser Plaintiffs responded on December 7.

The defendants argue that their motion should be granted because the named plaintiffs in the Student Purchaser Plaintiffs action may be barred from pursuing this litigation by certain arbitration clauses.  The defendants seek limited information to assess the threshold issue of their right to compel arbitration.  Accordingly, it is hereby

ORDERED that the named plaintiffs in the Student Purchaser Plaintiffs action shall identify to defendants the universities they attended at the times relevant to their claims and the dates on which they purchased the materials at issue, or their best estimates of those dates.

IT IS FURTHER ORDERED that, if following receipt of that information the defendants contend that one or more of the named plaintiffs must arbitrate their claims, the parties shall

discuss what discovery is necessary to bring and address any motion to compel arbitration.

Dated:     New York, New York
           December 11, 2020

                                   _____
                                            DENISE COTE
                                   United States District Judge

2